# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHERYL ALLEN FORZIATI, <br><br> Plaintiff, <br><br> v. <br><br> ADAM JAMES NELSON, <br><br> Defendant/Judgment Debtor, <br><br> v. <br><br> ESSEX PORTFOLIO, L.P., <br><br> Garnishee. | Case No. MC17-0051RSL <br><br> ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT |

This matter comes before the Court on plaintiff's second "Application for Issuance of Writ of Garnishment for Continuing Lien on Earnings" seeking to garnish property in which defendant/judgment debtor Adam James Nelson has a substantial nonexempt interest and which is in the possession, custody, or control of the garnishee, Essex Portfolio, L.P. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Garnishment (Debts Other Than Earnings - After Judgment)" (Dkt. # 1-3) submitted by plaintiff's counsel on May 24, 2017.

1     Dated this 26th day of May, 2017.

2

3                                  Robert S. Lasnik
                                   United States District Judge